Case 21-20158-GLT    Doc 34    Filed 04/28/21    Entered 04/29/21 00:36:12    Desc Imaged
                    Certificate of Notice    Page 1 of 2

FILED
4/26/21 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LOUIS COMPORT,** | : | Bankruptcy No. **21-20158-GLT** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 32 |
| ===================================== | : | |
| **LOUIS COMPORT,** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **NEWREZ, LLC. D/B/A SHELLPOINT** | : | |
| **MORTGAGE SERVICING** | : | |
| *Respondent,* | : | |

### ORDER OF COURT

AND NOW, this _____ 26th Day of April, 2021 _____, upon consideration of the within Motion for Extension of Time to File Motion for Loss Mitigation, it is HEREBY, ORDERED, ADJUDGED AND DECREED that the deadline to file the Motion for Loss Mitigation is extended to 5/5/2021.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20158-GLT
Louis Comport     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1
Date Rcvd: Apr 26, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID**      **Recipient Name and Address**
db     + Louis Comport, 5601 Aiken Road, McKees Rocks, PA 15136-1205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com

Michael S. Geisler
    on behalf of Debtor Louis Comport m.s.geisler@att.net
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5