**Fill in this information to identify the case:**

Debtor 1    Louis Comport
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    21-20158 GLT

---

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**

NewRez LLC d/b/a Shellpoint Mortgage Servicing
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**NewRez LLC DBA Shellpoint Mortgage Servicing**
Name

**PO Box 10826**
Number       Street

**Greenville, SC 29603-0826**
City         State       Zip Code

**(800) 365-7107**
Contact phone

**mtgbk@shellpointmtg.com**
Contact Email

Where should payments to the creditor be sent? (if different)

**NewRez LLC DBA Shellpoint Mortgage Servicing**
Name

**PO Box 10826**
Number       Street

**Greenville, SC 29603-0826**
City         State       Zip Code

**(800) 365-7107**
Contact phone

**mtgbk@shellpointmtg.com**
Contact Email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____    Filed on ____/____/_____
                                                                                MM   /  DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

---

Official Form 410                                              Proof of Claim

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor **0099**

**7. How much is this claim?** **$152,005.80**

Does this amount include interest or other charges?
☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

**Money Loaned**

**9. Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.
Nature of property: 5601 Aiken Road Mc Kees Rocks, PA 15136

☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** **Recorded Mortgage**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** **$152,005.80**

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** **$43,594.58**
**Annual Interest Rate** (when case was filed) **4.00%**

☒ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

242

Official Form 410        Proof of Claim        page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. Check all that apply:   Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies.   $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  **03/26/2021**
MM / DD / YYYY

/s/ **Brian C. Nicholas Esquire Attorney ID#  317240**
Signature

Print the name of the person who is completing and signing this claim:

Name  **Brian C. Nicholas**
First name    Middle name    Last name

Title  **Bankruptcy Attorney**

Company  **KML Law Group, P.C.**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  **701 Market Street, Suite 5000**
Number    Street

**Philadelphia**    **PA**    **19106**
City    State    ZIP Code

Contact phone  **201-549-5366**    Email  **bnicholas@kmllawgroup.com**

Official Form 410    Proof of Claim    243
page 3

**Mortgage Proof of Claim Attachment** (12/15)

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of the Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number: | 2120158 | Principal balance: | 114,204.20 | Principal & interest due: | 16,579.53 | Principal & Interest: | 502.41 |
| Debtor 1: | Louis Comport | Interest due: | 12,887.84 | Prepetition fees due: | 4,074.50 | Monthly escrow: | 335.06 |
| Debtor 2: | | Fees, costs due: | 4,074.50 | Escrow deficiency for funds advanced: | 21,032.24 | Private mortgage insurance: | 22.72 |
| Last 4 digits to identify: | 0099 | Escrow deficiency for funds advanced: | 21,032.24 | Projected escrow shortage: | 2,101.29 | Total monthly payment: | 860.19 |
| Creditor: | NewRez LLC d/b/a Shellpoint Mortgage Servicing | Less funds on hand: - | -192.98 | Less funds on hand: - | -192.98 | | |
| | | Total debt: | 152,005.80 | Total prepetition arrearage: | 43,594.58 | | |
| Servicer: | NewRez LLC DBA Shellpoint Mortgage Servicing | | | | | | |
| Fixed accrual/daily simple interest/other: | Fixed | | | | | | |

**Part 5: Loan Payment History from First Date of Default**

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/7/15 | | 891.00 | | Unapplied Payment | 10/1/14 | | | | | | 891.00 | 119073.19 | | -923.07 | | 1954.37 |
| 4/9/15 | | 900.60 | 900.60 | Regular Payment | 10/1/14 | | 105.50 | 396.91 | 398.19 | | | 118967.69 | | -524.88 | | |
| 4/9/15 | | -900.60 | | Unapplied Payment | 10/1/14 | | | | | | -900.60 | | | | | 1053.77 |
| 4/20/15 | | -344.74 | | Tax Bill 1 Disburser | 5/1/15 | | | | -344.74 | | | | | -869.62 | | |
| 4/22/15 | | 891.00 | | Unapplied Payment | 11/1/14 | | | | | | 891.00 | | | | | 1944.77 |
| 4/22/15 | | -900.60 | | Unapplied Payment | 11/1/14 | | | | | | -900.60 | | | | | 1044.17 |
| 4/22/15 | | 900.60 | 900.60 | Regular Payment | 11/1/14 | | 105.85 | 396.56 | 398.19 | | | 118861.84 | | -471.43 | | |
| 5/6/15 | | -1174.00 | | Insurance Premium 1 | 5/1/16 | | | | -1174.00 | | | | | -1645.43 | | |
| 6/5/15 | | 891.87 | 891.87 | Regular Payment | 12/1/14 | | 106.20 | 396.21 | 389.46 | | | 118755.64 | | -1255.97 | | |
| 7/30/15 | | 891.87 | 891.87 | Regular Payment | 1/1/15 | | 106.56 | 395.85 | 389.46 | | | 118649.08 | | -866.51 | | |
| 9/22/15 | | -2168.84 | | Escrow Adjustment | 9/1/15 | | | | -2168.84 | | | | | -3035.35 | | |
| 9/30/15 | | | -50.00 | FC Costs | 9/1/15 | | | | | -50.00 | | | | | 50.00 | |
| 9/30/15 | | | -688.00 | FC Costs | 9/1/15 | | | | | -688.00 | | | | | 738.00 | |

Offical Form 410A    Mortgage Proof of Claim Attachment    Page 1 of 8

**Mortgage Proof of Claim Attachment** (12/15)

| Case Number: | 2120158 |
|---|---|
| Debtor 1: | Louis Comport |

### Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/15 | | | -960.00 | FC Costs | 2/1/15 | | | | | -960.00 | | | | | 1698.00 | |
| 12/23/15 | | | -480.00 | FC Costs | 2/1/15 | | | | | -480.00 | | | | | 2178.00 | |
| 12/23/15 | | | -1866.50 | FC Costs | 2/1/15 | | | | | -1866.50 | | | | | 4044.50 | |
| 12/28/15 | | 15.00 | | Escrow Only Payme | 2/1/15 | | | | 15.00 | | | | | -3020.35 | | |
| 2/24/16 | | -543.73 | | Tax Bill 1 Disburser | 3/1/16 | | | | -543.73 | | | | | -3564.08 | | |
| 3/8/16 | | -272.65 | | Insurance Premium | 3/1/16 | | | | -272.65 | | | | | -3836.73 | | |
| 4/20/16 | | -1169.00 | | Insurance Premium | 5/1/16 | | | | -1169.00 | | | | | -5005.73 | | |
| 5/12/16 | | -344.74 | | Tax Bill 1 Disburser | 5/1/16 | | | | -344.74 | | | | | -5350.47 | | |
| 9/9/16 | | 1154.26 | | Unapplied Payment | 2/1/15 | | | | | | 1154.26 | | | | | 2198.43 |
| 9/16/16 | | -2267.39 | | Escrow Adjustment | 9/1/16 | | | | -2267.39 | | | | | -7617.86 | | |
| 12/7/16 | | -891.87 | | Unapplied Payment | 2/1/15 | | | | | | -891.87 | | | | | 1306.56 |
| 12/7/16 | | 891.87 | 891.87 | Regular Payment | 2/1/15 | | 106.91 | 395.50 | 389.46 | | | 118542.17 | | -7228.40 | | |
| 12/8/16 | | 14.54 | | Unapplied Payment | 3/1/15 | | | | | | 14.54 | | | | | 1321.10 |
| 12/8/16 | | -14.54 | | Escrow Adjustment | 3/1/15 | | | | -14.54 | | | | | -7242.94 | | |
| 2/16/17 | | -272.65 | | Insurance Premium | 2/1/17 | | | | -272.65 | | | | | -7515.59 | | |
| 3/3/17 | | -543.73 | | Tax Bill 1 Disburser | 3/1/17 | | | | -543.73 | | | | | -8059.32 | | |
| 3/21/17 | | -272.65 | | Insurance Premium | 3/1/17 | | | | -272.65 | | | | | -8331.97 | | |
| 4/10/17 | | 272.65 | | Escrow Only Payme | 3/1/15 | | | | 272.65 | | | | | -8059.32 | | |
| 4/21/17 | | -1215.00 | | Insurance Premium | 5/1/17 | | | | -1215.00 | | | | | -9274.32 | | |
| 5/15/17 | | -344.74 | | Tax Bill 1 Disburser | 5/1/17 | | | | -344.74 | | | | | -9619.06 | | |
| 6/16/17 | | -853.53 | | Unapplied Payment | 3/1/15 | | | | | | -853.53 | | | | | 467.57 |
| 7/19/17 | | -22.72 | | Insurance Premium | 7/16/17 | | | | -22.72 | | | | | -9641.78 | | |
| 8/7/17 | | 22.72 | | Insurance Refund | 3/1/15 | | | | 22.72 | | | | | -9619.06 | | |
| 9/15/17 | | -2267.50 | | Tax Bill 1 Disburser | 9/30/17 | | | | -2267.50 | | | | | -11886.56 | | |
| 2/27/18 | | -543.73 | | Tax Bill 1 Disburser | 3/31/18 | | | | -543.73 | | | | | -12430.29 | | |
| 3/22/18 | | -272.65 | | Insurance Premium | 3/28/18 | | | | -272.65 | | | | | -12702.94 | | |
| 4/10/18 | | -502.41 | | Unapplied Payment | 3/1/15 | | | | | | -502.41 | | | | | -34.84 |
| 4/10/18 | | 502.41 | 502.41 | Regular Payment | 3/1/15 | | 107.27 | 395.14 | | | | 118434.90 | | | | |
| 4/11/18 | | -1250.00 | | Insurance Premium | 5/10/18 | | | | -1250.00 | | | | | -13952.94 | | |
| 4/27/18 | | 559.31 | | Prepetition Unapplie | 4/1/15 | | | | | | 559.31 | | | | | 524.47 |
| 4/30/18 | | -502.41 | | Prepetition Unapplie | 4/1/15 | | | | | | -502.41 | | | | | 22.06 |
| 4/30/18 | | 502.41 | 502.41 | Regular Payment | 4/1/15 | | 107.63 | 394.78 | | | | 118327.27 | | | | |

**Mortgage Proof of Claim Attachment** (12/15)

Case Number: 2120158

Debtor 1: Louis Comport

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 502.41 | | 502.41 | Regular Payment | 5/1/18 | 502.41 | | | | | | | | | | |
| 5/4/18 | | -424.30 | | Tax Bill 1 Disburser | 5/31/18 | | | | -424.30 | | | | | -14377.24 | | |
| 5/29/18 | | 576.63 | | Prepetition Unapplie | 5/1/15 | | | | | | 576.63 | | | | | 598.69 |
| 5/31/18 | | -502.41 | | Prepetition Unapplie | 5/1/15 | | | | | | -502.41 | | | | | 96.28 |
| 5/31/18 | | 502.41 | 502.41 | Regular Payment | 5/1/15 | 502.41 | 107.99 | 394.42 | | | | 118219.28 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 6/1/18 | 1004.82 | | | | | | | | | | |
| 6/26/18 | | 749.22 | | Prepetition Unapplie | 6/1/15 | | | | | | 749.22 | | | | | 845.50 |
| 6/29/18 | | -502.41 | | Prepetition Unapplie | 6/1/15 | | | | | | -502.41 | | | | | 343.09 |
| 6/29/18 | | 502.41 | 502.41 | Regular Payment | 6/1/15 | 1004.82 | 108.35 | 394.06 | | | | 118110.93 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 7/1/18 | 1507.23 | | | | | | | | | | |
| 7/30/18 | | 748.90 | | Prepetition Unapplie | 7/1/15 | | | | | | 748.90 | | | | | 1091.99 |
| 7/31/18 | | -1004.82 | | Prepetition Unapplie | 7/1/15 | | | | | | -1004.82 | | | | | 87.17 |
| 7/31/18 | | 502.41 | 502.41 | Regular Payment | 7/1/15 | 1507.23 | 108.71 | 393.70 | | | | 118002.22 | | | | |
| 7/31/18 | | 502.41 | 502.41 | Regular Payment | 8/1/15 | 1507.23 | 109.07 | 393.34 | | | | 117893.15 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 8/1/18 | 2009.64 | | | | | | | | | | |
| 8/31/18 | | 748.61 | | Prepetition Unapplie | 9/1/15 | | | | | | 748.61 | | | | | 835.78 |
| | 502.41 | | 502.41 | Regular Payment | 9/1/18 | 2512.05 | | | | | | | | | | |
| 9/4/18 | | -502.41 | | Prepetition Unapplie | 9/1/15 | | | | | | -502.41 | | | | | 333.37 |
| 9/4/18 | | 502.41 | 502.41 | Regular Payment | 9/1/15 | 2512.05 | 109.43 | 392.98 | | | | 117783.72 | | | | |
| 9/4/18 | | -2268.53 | | Tax Bill 1 Disburser | 9/30/18 | | | | -2268.53 | | | | | -16645.77 | | |
| 9/29/18 | | 633.23 | | Prepetition Unapplie | 10/1/15 | | | | | | 633.23 | | | | | 966.60 |
| 9/29/18 | | -502.41 | | Prepetition Unapplie | 10/1/15 | | | | | | -502.41 | | | | | 464.19 |
| 9/29/18 | | 502.41 | 502.41 | Regular Payment | 10/1/15 | 2512.05 | 109.80 | 392.61 | | | | 117673.92 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 10/1/18 | 3014.46 | | | | | | | | | | |
| | 502.41 | | 502.41 | Regular Payment | 11/1/18 | 3516.87 | | | | | | | | | | |
| 11/2/18 | | 748.12 | | Prepetition Unapplie | 11/1/15 | | | | | | 748.12 | | | | | 1212.31 |
| 11/8/18 | | 744.00 | | Prepetition Unapplie | 1/1/16 | | | | | | 744.00 | | | | | 1956.31 |
| 11/29/18 | | 502.42 | 502.42 | Regular Payment | 11/1/15 | 3516.87 | 110.16 | 392.25 | 0.01 | | | 117563.76 | | -16645.76 | | |
| 11/29/18 | | -502.42 | | Prepetition Unapplie | 12/1/15 | | | | | | -502.42 | | | | | 1453.89 |
| 11/29/18 | | 502.42 | 502.42 | Regular Payment | 12/1/15 | 3516.87 | 110.53 | 391.88 | 0.01 | | | 117453.23 | | -16645.75 | | |
| 11/29/18 | | -502.42 | | Prepetition Unapplie | 1/1/16 | | | | | | -502.42 | | | | | 951.47 |
| | 502.41 | | 502.41 | Regular Payment | 12/1/18 | 4019.28 | | | | | | | | | | |

**Mortgage Proof of Claim Attachment** (12/15)

Case Number: 2120158

Debtor 1: Louis Comport

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/18 | | -502.42 | | Prepetition Unapplie | 1/1/16 | | | | | | -502.42 | | | | | 449.05 |
| 12/18/18 | | 502.42 | 502.42 | Regular Payment | 1/1/16 | 4019.28 | 110.90 | 391.51 | 0.01 | | | 117342.33 | | -16645.74 | | |
| 12/24/18 | | 217.15 | | Prepetition Unapplie | 2/1/16 | | | | | | 217.15 | | | | | 666.20 |
| 12/31/18 | | 502.41 | 502.41 | Regular Payment | 2/1/16 | 4019.28 | 111.27 | 391.14 | | | | 117231.06 | | | | |
| 12/31/18 | | -502.41 | | Prepetition Unapplie | 3/1/16 | | | | | | -502.41 | | | | | 163.79 |
| | 502.41 | | 502.41 | Regular Payment | 1/1/19 | 4521.69 | | | | | | | | | | |
| 1/21/19 | | | -15.00 | Property Inspection | 3/1/16 | | | | | -15.00 | | | | | 4059.50 | |
| 1/28/19 | | 386.00 | | Prepetition Unapplie | 3/1/16 | | | | | | 386.00 | | | | | 549.79 |
| 1/30/19 | | -502.42 | | Prepetition Unapplie | 3/1/16 | | | | | | -502.42 | | | | | 47.37 |
| 1/30/19 | | 502.42 | 502.42 | Regular Payment | 3/1/16 | 4521.69 | 111.64 | 390.77 | 0.01 | | | 117119.42 | | -16645.73 | | |
| | 502.41 | | 502.41 | Regular Payment | 2/1/19 | 5024.10 | | | | | | | | | | |
| 2/27/19 | | -543.73 | | Tax Bill 1 Disburser | 3/31/19 | | | | -543.73 | | | | | -17189.46 | | |
| 2/28/19 | | 515.32 | | Prepetition Unapplie | 4/1/16 | | | | | | 515.32 | | | | | 562.69 |
| | 502.41 | | 502.41 | Regular Payment | 3/1/19 | 5526.51 | | | | | | | | | | |
| 3/15/19 | | -502.42 | | Prepetition Unapplie | 4/1/16 | | | | | | -502.42 | | | | | 60.27 |
| 3/15/19 | | 502.42 | 502.42 | Regular Payment | 4/1/16 | 5526.51 | 112.01 | 390.40 | 0.01 | | | 117007.41 | | -17189.45 | | |
| 3/25/19 | | 612.59 | | Prepetition Unapplie | 5/1/16 | | | | | | 612.59 | | | | | 672.86 |
| | 502.41 | | 502.41 | Regular Payment | 4/1/19 | 6028.92 | | | | | | | | | | |
| 4/8/19 | | -502.41 | | Prepetition Unapplie | 5/1/16 | | | | | | -502.41 | | | | | 170.45 |
| 4/8/19 | | 502.41 | 502.41 | Regular Payment | 5/1/16 | 6028.92 | 112.39 | 390.02 | | | | 116895.02 | | | | |
| 4/11/19 | | -1218.00 | | Insurance Premium | 5/10/19 | | | | -1218.00 | | | | | -18407.45 | | |
| 4/20/19 | | -272.65 | | Insurance Premium | 4/28/19 | | | | -272.65 | | | | | -18680.10 | | |
| 4/29/19 | | 631.64 | | Prepetition Unapplie | 6/1/16 | | | | | | 631.64 | | | | | 802.09 |
| 4/30/19 | | -502.41 | | Prepetition Unapplie | 6/1/16 | | | | | | -502.41 | | | | | 299.68 |
| 4/30/19 | | 502.41 | 502.41 | Regular Payment | 6/1/16 | 6028.92 | 112.76 | 389.65 | | | | 116782.26 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 5/1/19 | 6531.33 | | | | | | | | | | |
| 5/2/19 | | -424.30 | | Tax Bill 1 Disburser | 5/31/19 | | | | -424.30 | | | | | -19104.40 | | |
| 5/24/19 | | -272.65 | | Insurance Premium | 5/28/19 | | | | -272.65 | | | | | -19377.05 | | |
| 5/29/19 | | 734.16 | | Unapplied Payment | 7/1/16 | | | | | | 734.16 | | | | | 1033.84 |
| 5/30/19 | | -892.30 | | Unapplied Payment | 7/1/16 | | | | | | -892.30 | | | | | 141.54 |
| 5/30/19 | | 892.30 | | Regular Payment wi | 7/1/16 | 6531.33 | 113.14 | 389.27 | 389.89 | | | 116669.12 | | -18987.16 | | |
| | 502.41 | | 502.41 | Regular Payment | 6/1/19 | 7033.74 | | | | | | | | | | |

**Mortgage Proof of Claim Attachment** (12/15)

| Case Number: | 2120158 |
| Debtor 1: | Louis Comport |

### Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/25/19 | | -272.65 | | Insurance Premium 1 | 6/28/19 | | | | -272.65 | | | | | -19259.81 | | |
| 6/25/19 | | 272.65 | | Insurance Refund | 8/1/16 | | | | 272.65 | | | | | -18987.16 | | |
| | 502.41 | | 502.41 | Regular Payment | 7/1/19 | 7536.15 | | | | | | | | | | |
| 7/5/19 | | 272.65 | | Insurance Refund | 8/1/16 | | | | 272.65 | | | | | -18714.51 | | |
| 7/15/19 | | 777.61 | | Prepetition Unapplie | 8/1/16 | | | | | | 777.61 | | | | | 919.15 |
| 7/24/19 | | -272.65 | | Insurance Premium 1 | 7/28/19 | | | | -272.65 | | | | | -18987.16 | | |
| 7/30/19 | | -502.41 | | Prepetition Unapplie | 8/1/16 | | | | | | -502.41 | | | | | 416.74 |
| 7/30/19 | | 502.41 | | Regular Payment | 8/1/16 | 7536.15 | 113.51 | 388.90 | | | | 116555.61 | | | | |
| 7/30/19 | | -502.41 | | Prepetition Unapplie | 9/1/16 | | | | | | -502.41 | | | | | -85.67 |
| 7/30/19 | | 502.41 | | Regular Payment | 9/1/16 | 7536.15 | 113.89 | 388.52 | | | | 116441.72 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 8/1/19 | 8038.56 | | | | | | | | | | |
| 8/1/19 | | 802.30 | | Prepetition Unapplie | 10/1/16 | | | | | | 802.30 | | | | | 716.63 |
| 8/6/19 | | 272.65 | | Insurance Refund | 11/1/16 | | | | 272.65 | | | | | -18714.51 | | |
| 8/7/19 | | -502.41 | | Prepetition Unapplie | 10/1/16 | | | | | | -502.41 | | | | | 214.22 |
| 8/7/19 | | 502.41 | | Regular Payment | 10/1/16 | 8038.56 | 114.27 | 388.14 | | | | 116327.45 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 9/1/19 | 8540.97 | | | | | | | | | | |
| 9/3/19 | | -2269.43 | | Tax Bill 1 Disburser | 9/30/19 | | | | -2269.43 | | | | | -20983.94 | | |
| 9/27/19 | | 836.64 | | Prepetition Unapplie | 11/1/16 | | | | | | 836.64 | | | | | 1050.86 |
| 9/30/19 | | -502.41 | | Prepetition Unapplie | 11/1/16 | | | | | | -502.41 | | | | | 548.45 |
| 9/30/19 | | 502.41 | | Regular Payment | 11/1/16 | 8540.97 | 114.65 | 387.76 | | | | 116212.80 | | | | |
| 9/30/19 | | -502.41 | | Prepetition Unapplie | 12/1/16 | | | | | | -502.41 | | | | | 46.04 |
| 9/30/19 | | 502.41 | | Regular Payment | 12/1/16 | 8540.97 | 115.03 | 387.38 | | | | 116097.77 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 10/1/19 | 9043.38 | | | | | | | | | | |
| 10/28/19 | | 841.80 | | Prepetition Unapplie | 1/1/17 | | | | | | 841.80 | | | | | 887.84 |
| 10/30/19 | | -502.41 | | Prepetition Unapplie | 1/1/17 | | | | | | -502.41 | | | | | 385.43 |
| 10/30/19 | | 502.41 | | Regular Payment | 1/1/17 | 9043.38 | 115.42 | 386.99 | | | | 115982.35 | | | | |
| 10/30/19 | | -502.41 | | Prepetition Unapplie | 2/1/17 | | | | | | -502.41 | | | | | -116.98 |
| 10/30/19 | | 502.41 | | Regular Payment | 2/1/17 | 9043.38 | 115.80 | 386.61 | | | | 115866.55 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 11/1/19 | 9545.79 | | | | | | | | | | |
| 11/29/19 | | 832.71 | | Prepetition Unapplie | 3/1/17 | | | | | | 832.71 | | | | | 715.73 |
| | 502.41 | | 502.41 | Regular Payment | 12/1/19 | 10048.20 | | | | | | | | | | |
| 12/3/19 | | -502.41 | | Prepetition Unapplie | 3/1/17 | | | | | | -502.41 | | | | | 213.32 |

**Mortgage Proof of Claim Attachment** (12/15)

Case Number: 2120158

Debtor 1: Louis Comport

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/19 | | 502.41 | 502.41 | Regular Payment | 3/1/17 | 10048.20 | 116.19 | 386.22 | | | | 115750.36 | | | | |
| 12/30/19 | | 833.90 | | Prepetition Unapplie | 4/1/17 | | | | | | 833.90 | | | | | 1047.22 |
| | 502.41 | | 502.41 | Regular Payment | 1/1/20 | 10550.61 | | | | | | | | | | |
| 1/6/20 | | -502.41 | | Prepetition Unapplie | 4/1/17 | | | | | | -502.41 | | | | | 544.81 |
| 1/6/20 | | 502.41 | 502.41 | Regular Payment | 4/1/17 | 10550.61 | 116.58 | 385.83 | | | | 115633.78 | | | | |
| 1/6/20 | | -502.41 | | Prepetition Unapplie | 5/1/17 | | | | | | -502.41 | | | | | 42.40 |
| 1/6/20 | | 502.41 | 502.41 | Regular Payment | 5/1/17 | 10550.61 | 116.96 | 385.45 | | | | 115516.82 | | | | |
| | 502.41 | | 502.41 | Regular Payment | 2/1/20 | 11053.02 | | | | | | | | | | |
| 2/2/20 | | 1163.26 | | Prepetition Unapplie | 6/1/17 | | | | | | 1163.26 | | | | | 1205.66 |
| 2/3/20 | | -502.42 | | Prepetition Unapplie | 6/1/17 | | | | | | -502.42 | | | | | 703.24 |
| 2/3/20 | | 502.42 | 502.42 | Regular Payment | 6/1/17 | 11053.02 | 117.35 | 385.06 | 0.01 | | | 115399.47 | | -20983.93 | | |
| 2/3/20 | | -502.42 | | Prepetition Unapplie | 7/1/17 | | | | | | -502.42 | | | | | 200.82 |
| 2/3/20 | | 502.42 | 502.42 | Regular Payment | 7/1/17 | 11053.02 | 117.75 | 384.66 | 0.01 | | | 115281.72 | | -20983.92 | | |
| 2/21/20 | | -543.73 | | Tax Bill 1 Disburser | 3/31/20 | | | | -543.73 | | | | | -21527.65 | | |
| 2/28/20 | | 1130.20 | | Prepetition Unapplie | 8/1/17 | | | | | | 1130.20 | | | | | 1331.02 |
| 2/29/20 | | -502.42 | | Prepetition Unapplie | 8/1/17 | | | | | | -502.42 | | | | | 828.60 |
| 2/29/20 | | 502.42 | 502.42 | Regular Payment | 8/1/17 | 11053.02 | 118.14 | 384.27 | 0.01 | | | 115163.58 | | -21527.64 | | |
| 2/29/20 | | -502.42 | | Prepetition Unapplie | 9/1/17 | | | | | | -502.42 | | | | | 326.18 |
| 2/29/20 | | 502.42 | 502.42 | Regular Payment | 9/1/17 | 11053.02 | 118.53 | 383.88 | 0.01 | | | 115045.05 | | -21527.63 | | |
| 2/29/20 | | -502.42 | | Prepetition Unapplie | 10/1/17 | | | | | | -502.42 | | | | | -176.24 |
| 2/29/20 | | 502.42 | 502.42 | Regular Payment | 10/1/17 | 11053.02 | 118.93 | 383.48 | 0.01 | | | 114926.12 | | -21527.62 | | |
| | 502.41 | | 502.41 | Regular Payment | 3/1/20 | 11555.43 | | | | | | | | | | |
| 3/26/20 | | 1098.45 | | Prepetition Unapplie | 11/1/17 | | | | | | 1098.45 | | | | | 922.21 |
| 3/31/20 | | -272.65 | | Insurance Premium 1 | 3/28/20 | | | | -272.65 | | | | | -21800.27 | | |
| 3/31/20 | | -502.42 | | Prepetition Unapplie | 11/1/17 | | | | | | -502.42 | | | | | 419.79 |
| 3/31/20 | | 502.42 | 502.42 | Regular Payment | 11/1/17 | 11555.43 | 119.32 | 383.09 | 0.01 | | | 114806.80 | | -21800.26 | | |
| 3/31/20 | | -502.42 | | Prepetition Unapplie | 12/1/17 | | | | | | -502.42 | | | | | -82.63 |
| 3/31/20 | | 502.42 | 502.42 | Regular Payment | 12/1/17 | 11555.43 | 119.72 | 382.69 | 0.01 | | | 114687.08 | | -21800.25 | | |
| | 502.41 | | 502.41 | Regular Payment | 4/1/20 | 12057.84 | | | | | | | | | | |
| 4/23/20 | | -110.35 | | Prepetition Unapplie | 1/1/18 | | | | | | -110.35 | | | | | -192.98 |
| 4/23/20 | | 110.35 | | Escrow Only Payme | 1/1/18 | | | | 110.35 | | | | | -21689.90 | | |
| 4/30/20 | | 1070.95 | | Prepetition Unapplie | 1/1/18 | | | | | | 1070.95 | | | | | 877.97 |

**Mortgage Proof of Claim Attachment** (12/15)

| Case Number: | 2120158 |
| Debtor 1: | Louis Comport |

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/20 | | -502.42 | | Prepetition Unapplie | 1/1/18 | | | | | | -502.42 | | | | | 375.55 |
| 4/30/20 | | 502.42 | 502.42 | Regular Payment | 1/1/18 | 12057.84 | 120.12 | 382.29 | 0.01 | | | 114566.96 | | -21689.89 | | |
| 4/30/20 | | -568.53 | | Prepetition Unapplie | 2/1/18 | | | | | | -568.53 | | | | | -192.98 |
| 4/30/20 | | 568.53 | | Escrow Only Payme | 2/1/18 | | | | 568.53 | | | | | -21121.36 | | |
| | 502.41 | | 502.41 | Regular Payment | 5/1/20 | 12560.25 | | | | | | | | | | |
| 5/5/20 | | -424.30 | | Tax Bill 1 Disburser | 5/31/20 | | | | -424.30 | | | | | -21545.66 | | |
| | 502.41 | | 502.41 | Regular Payment | 6/1/20 | 13062.66 | | | | | | | | | | |
| 6/30/20 | | 760.64 | | Prepetition Unapplie | 2/1/18 | | | | | | 760.64 | | | | | 567.66 |
| 6/30/20 | | -760.64 | | Prepetition Unapplie | 2/1/18 | | | | | | -760.64 | | | | | -192.98 |
| 6/30/20 | | 760.64 | | Escrow Only Payme | 2/1/18 | | | | 760.64 | | | | | -20785.02 | | |
| | 502.41 | | 502.41 | Regular Payment | 7/1/20 | 13565.07 | | | | | | | | | | |
| 7/30/20 | | -367.10 | | Insurance Premium 1 | 7/10/20 | | | | -367.10 | | | | | -21152.12 | | |
| | 502.41 | | 502.41 | Regular Payment | 8/1/20 | 14067.48 | | | | | | | | | | |
| 8/4/20 | | 973.32 | | Prepetition Unapplie | 2/1/18 | | | | | | 973.32 | | | | | 780.34 |
| 8/13/20 | | -892.30 | | Prepetition Unapplie | 2/1/18 | | | | | | -892.30 | | | | | -111.96 |
| 8/13/20 | | 892.30 | 892.30 | Regular Payment | 2/1/18 | 14067.48 | 120.52 | 381.89 | 389.89 | | | 114446.44 | | -20762.23 | | |
| 8/13/20 | | -81.02 | | Prepetition Unapplie | 3/1/18 | | | | | | -81.02 | | | | | -192.98 |
| 8/13/20 | | 81.02 | | Escrow Only Payme | 3/1/18 | | | | 81.02 | | | | | -20681.21 | | |
| | 502.41 | | 502.41 | Regular Payment | 9/1/20 | 14569.89 | | | | | | | | | | |
| 9/1/20 | | -122.37 | | Insurance Premium 1 | 8/10/20 | | | | -122.37 | | | | | -20803.58 | | |
| 9/1/20 | | -2269.72 | | Tax Bill 1 Disburser | 9/30/20 | | | | -2269.72 | | | | | -23073.30 | | |
| 9/1/20 | | 960.41 | | Prepetition Unapplie | 3/1/18 | | | | | | 960.41 | | | | | 767.43 |
| 9/2/20 | | -892.30 | | Prepetition Unapplie | 3/1/18 | | | | | | -892.30 | | | | | -124.87 |
| 9/2/20 | | 892.30 | 892.30 | Regular Payment | 3/1/18 | 14569.89 | 120.92 | 381.49 | 389.89 | | | 114325.52 | | -22683.41 | | |
| 9/2/20 | | -68.11 | | Prepetition Unapplie | 4/1/18 | | | | | | -68.11 | | | | | -192.98 |
| 9/2/20 | | 68.11 | | Escrow Only Payme | 4/1/18 | | | | 68.11 | | | | | -22615.30 | | |
| 9/9/20 | | -783.00 | | Insurance Premium 1 | 9/1/20 | | | | -783.00 | | | | | -23398.30 | | |
| 9/10/20 | | 36.99 | | Insurance Refund | 4/1/18 | | | | 36.99 | | | | | -23361.31 | | |
| | 502.41 | | 502.41 | Regular Payment | 10/1/20 | 15072.30 | | | | | | | | | | |
| 10/1/20 | | 948.88 | | Prepetition Unapplie | 4/1/18 | | | | | | 948.88 | | | | | 755.90 |
| 10/1/20 | | -892.30 | | Prepetition Unapplie | 4/1/18 | | | | | | -892.30 | | | | | -136.40 |
| 10/1/20 | | 892.30 | 892.30 | Regular Payment | 4/1/18 | 15072.30 | 121.32 | 381.09 | 389.89 | | | 114204.20 | | -22971.42 | | |

**Mortgage Proof of Claim Attachment**    (12/15)

| Case Number: | 2120158 |
|---|---|
| Debtor 1: | Louis Comport |

## Part 5: Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, Int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal blance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/20 | | -56.58 | | Prepetition Unapplie | 5/1/18 | | | | | | -56.58 | | | | | -192.98 |
| 10/1/20 | | 56.58 | | Escrow Only Payme | 5/1/18 | | | | 56.58 | | | | | -22914.84 | | |
| | 502.41 | | 502.41 | Regular Payment | 11/1/20 | 15574.71 | | | | | | | | | | |
| 11/3/20 | | 938.72 | | Prepetition Unapplie | 5/1/18 | | | | | | 938.72 | | | | | 745.74 |
| 11/10/20 | | -938.72 | | Prepetition Unapplie | 5/1/18 | | | | | | -938.72 | | | | | -192.98 |
| 11/10/20 | | 938.72 | | Escrow Only Payme | 5/1/18 | | | | 938.72 | | | | | -21976.12 | | |
| | 502.41 | | 502.41 | Regular Payment | 12/1/20 | 16077.12 | | | | | | | | | | |
| 12/2/20 | | 943.88 | | Prepetition Unapplie | 5/1/18 | | | | | | 943.88 | | | | | 750.90 |
| 12/3/20 | | -943.88 | | Prepetition Unapplie | 5/1/18 | | | | | | -943.88 | | | | | -192.98 |
| 12/3/20 | | 943.88 | | Escrow Only Payme | 5/1/18 | | | | 943.88 | | | | | -21032.24 | | |
| | 502.41 | | 502.41 | Regular Payment | 1/1/21 | 16579.53 | | | | | | | | | | |
| 1/18/21 | | | -15.00 | Property Inspection | 5/1/18 | 16579.53 | | | | -15.00 | | 114204.20 | | -21032.24 | 4074.50 | -192.98 |