Case 21-20158-GLT    Doc 42    Filed 08/27/21    Entered 08/27/21 11:18:46    Desc Main
Document    Page 1 of 1

FILED
8/27/21 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: LOUIS COMPORT
- Case Number: 21-20158-GLT        Chapter: 13
- Date / Time / Room: THURSDAY, AUGUST 26, 2021   11:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#19 - Final Confirmation of Plan Dated 2/22/2021 (NFC)
#38 - Objection filed by Shellpoint Mortgage Services
R / M #: 19 / 0

**Appearances:**

- Debtor: Geisler
- Trustee: Winnecour / *Warmbrodt* / Katz / DeSimone
- Creditor: Maria Miksich - NewRez

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __9/30/21__ at __11:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continue for documents verifying ID + SSN; also for bpo requested previously (0% plan)

8/16/2021   4:28:33PM