IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LOUIS COMPORT,** | : | Case No. **21-20158-GLT** |
| *Debtor,* | : | |
| | : | Related to Doc. No. 53 |
| **LOUIS COMPORT**, | : | |
| *Movant,* | : | Hearing Date: |
| Vs. | : | |
| **NEW REZ, LLC. d/b/a SHELLPOINT MORTGAGE SERVICING, and RONDA J. WINNECOUR, TRUSTEE,** | : : : | |
| *Respondents,* | : | |

### DECLARATION BY DEBTOR
### RE: NOTICE OF PAYMENT CHANGE

AND NOW comes the Debtor, LOUIS COMPORT, by and through her Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Declaration, of which the following is a statement:

1. The Debtor is LOUIS COMPORT.

2. On 12/22/21/27/2022021, a Notice of Payment Change was filed by NEW REZ, LLC. d/b/a SHELLPOINT MORTGAGE SERVICING, seeking a payment of $874.30 per month effective 3/1/2022 a change from the current payment of $860.19 per month.

3. Either an Amended Plan, Declaration or Objection must be filed by the Debtor.

4. The Debtor now states that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

/s/ Michael S. Geisler

DATED: 2/20/2022

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
Fax: (412) 372-2513
E-Mail: m.s.geisler@att.net

- 1 -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LOUIS COMPORT,** | : | Case No. **21-20158-GLT** |
| *Debtor,* | : | |
| | : | Related to Doc. No. 53 |
| **LOUIS COMPORT**, | : | |
| *Movant,* | : | Hearing Date: |
| Vs. | : | |
| **NEW REZ, LLC. d/b/a SHELLPOINT MORTGAGE SERVICING, and RONDA J. WINNECOUR, TRUSTEE,** | : : : | |
| *Respondents,* | : | |

### CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Declaration upon the electronic means:

RONDA J. WINNECOUR, TRUSTEE
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

CHARLES GRIFFIN WOHLRAB, ESQUIRE
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

/s/ Michael S. Geisler

DATED: 2/20/2022

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
Fax: (412) 372-2513
E-Mail: m.s.geisler@att.net