IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LOUIS COMPORT** | : | Bankruptcy No. **21-20158-GLT** |
| | : | |
| *Debtor,* | : | Related to Doc. Nos. 55 & 56 |
| ================================= | : | |
| **LOUIS COMPORT** | : | Hearing Date and Time: 5/18/2022 |
| | : | at 11:00 a.m. |
| *Movant,* | : | |
| vs. | : | |
| **NEWREZ, LLC. D/B/A SHELLPOINT** | : | |
| **MORTGAGE SERVICING** | : | |
| *Respondent* | : | |

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO EXTEND TIIME FOR
LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 4/6/2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **5/5/2022.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.


DATED: 5/17/2022

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net