FILED
5/19/22 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20158-GLT |
| | : | Chapter: | 13 |
| Louis Comport | : | | |
| | : | | |
| | : | Date: | 5/18/2022 |
| *Debtor(s).* | : | Time: | 11:00 |

# PROCEEDING MEMO

**MATTER:**   #55 - Motion to Extend the Loss Mitigation Period
             #59 - Certificate of No Objection

**APPEARANCES**:
  Debtor:    Michael S. Geisler
  New Rez:   Brian Nicholas
  Trustee:   Owen Katz

**NOTES:** [11:42 a.m.]

Geisler: I filed a complete package for this modification. The last 5 months have not been good for me.

Court: We are talking about a 6 month delay, Mr. Geisler.

Geisler: I'm just unsure why the LLC information is being requested. It will take us a few weeks to get that information.

Court: I'm assuming that New Rez is asking for all of this information because the wife is a joint obligor and is on the title to the property. The initial documentation included in the modification package is now stale.

Geisler: I just don't understand why all of the information submitted initially wasn't sufficient.

Court: You submitted the package on September 15. New Rez indicated on September 21 that additional information was necessary.

Geisler: The SSI and pension letter was already submitted with the bank statements from the initial package.

Nicholas: My client is open to still exchanging the missing documents.

Court: What is the status of the payments?

Katz: Substantially current.

Court: Given that there has been no objection to the motion to extend and the Debtor is current, I will extend the loss mitigation period for another 60 days. Mr. Geisler, you are going to have to update and refile a number of these documents. I am going to require that to be done in the next 21 days.

**OUTCOME:**

1. The *Motion to Extend the Loss Mitigation Period* [Dkt. No. 55] is GRANTED. [DB to enter proposed order extending loss mitigation period through July 18, 2022].

2. On or before June 8, 2022, Debtor shall provide a complete package seeking loan modification on the DMM portal. [Text Order].

**DATED:** 5/18/2022