7/28/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **LOUIS COMPORT** | : | Bankruptcy No. **21-20158-GLT** |
| | : | |
| _Debtor,_ | : | Related to Doc. No.   67 |
| =================================== | : | |
| **LOUIS COMPORT** | : | Hearing Date and Time: |
| | : | |
| _Movant,_ | : | |
| vs. | : | |
| **NEWREZ, LLC. D/B/A SHELLPOINT** | : | |
| **MORTGAGE SERVICING** | : | |
| _Respondent_ | : | |

**ORDER**

A _Loss Mitigation Order_ dated____5/20/2021_____ , was entered in the above matter at

Document No.   39   . On_____7/18/2022_____, a **Motion to Extend the Loss Mitigation**

**Period** was filed by___Debtor_____ at Document No.___67___.

_AND NOW_, this___28th Day of July, 2022_____, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** that the loss mitigation period is **extended up to and including**

September 30, 2022.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**PAWB Local Form 43 (04/14)**                              **Page 1 of 1**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 21-20158-GLT

Louis Comport                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis Comport, 5601 Aiken Road, McKees Rocks, PA 15136-1205 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mmiksich@kmllawgroup.com |
| Michael S. Geisler | on behalf of Debtor Louis Comport m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Jul 28, 2022                       Form ID: pdf900                               Total Noticed: 1
TOTAL: 6