**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Louis Comport  CHAPTER 13

Debtor(s)

BKY. NO. 21-20158 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
17 Sep 2024, 13:12:02, EDT

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com