**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/30/2025

IN RE:

LOUIS COMPORT
5601 AIKEN ROAD
MCKEES ROCKS,  PA  15136
XXX-XX-5378          Debtor(s)

Case No.21-20158 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/30/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 4138 |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: CARE CREDIT/PRAE | |
| **KML LAW GROUP PC\*** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: NEW REZ~SHELLPOINT/PRAE | |
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |
| **ALLY FINANCIAL(\*)** | Trustee Claim Number:4   INT %: 6.00% | CRED DESC: VEHICLE |
| PAYMENT PROCESSING CENTER\* | Court Claim Number:3 | ACCOUNT NO.: 2391 |
| PO BOX 660618 | CLAIM: 9,685.80 | |
| DALLAS, TX 75266-0618 | COMMENT: CL3GOV@6%/PL\*PMT/PL-CONF | |
| **COUNTY OF ALLEGHENY (RE TAX)\*** | Trustee Claim Number:5   INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number: | ACCOUNT NO.: G135 |
| POB 200 | CLAIM: 555.00 | |
| BETHEL PARK, PA 15102 | COMMENT: 206-G-135\*$@12%/PL\*18/SCH\*NT DUE/CR~NTC-RSV | |
| **MONTOUR SD & ROBINSON TOWNSHIP (EIT)** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O JORDAN TAX SVC - DLNQ YRS | Court Claim Number: | ACCOUNT NO.: 5378 |
| 102 RAHWAY RD | CLAIM: 3,185.00 | |
| MCMURRAY, PA 15317 | COMMENT: PRI/CONF\*$@0%/PL\*SEC/SCH\*09-11~FOR BOTH SD AND BORO~@GRB/SCH | |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| PO BOX 10826 | Court Claim Number:5-2 | ACCOUNT NO.: 0099 |
| | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: 660/PL\*DKT4PMT-LMT\*LMP PENDING@27\*BGN 2/2021\*AMD | |
| **NEW PENN FINANCIAL LLC D/B/A SHELLPOINT** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O SHELLPOINT MORTGAGE SERVICING | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 10826 | CLAIM: 0.00 | |
| GREENVILLE, SC 29603-0826 | COMMENT: | |
| **ALLEGHENY COUNTY DEPT OF COURT RECORD** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CRIMINAL DIVISION | Court Claim Number: | ACCOUNT NO.: 1448 |
| 436 GRANT ST | | |
| ROOM 114 | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NO PMTS/CONF\*NT PROV/PL\*JDMGNT/SCH | |
| **ALLEGHENY COUNTY DEPT OF COURT RECORD** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CRIMINAL DIVISION | Court Claim Number: | ACCOUNT NO.: 6404 |
| 436 GRANT ST | | |
| ROOM 114 | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NO PMTS/CONF\*NT PROV/PL\*JDMGNT/SCH | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*NT PROV/PL*JDGMNT/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0291 |
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO PMTS/CONF*NT PROV/PL*JDGMNT/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2923 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,137.56<br>COMMENT: CL1GOV*NT PROV/PL*18/SCH-CL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5378 |
| **ATLANTIC CREDIT & FINANCE INC++**<br>POB 13386<br>ROANOKE, VA 24033-3386 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 280.57<br>COMMENT: INSUFF POD*CHG OFF 2/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5812 |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 352.32<br>COMMENT: | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2448 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 152.71<br>COMMENT: 18/SCH-CL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5378 |
| **PHEAA(*)**<br>PO BOX 1375<br>BUFFALO, NY 14240-1375 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

CLAIM RECORDS                Case 21-20158-GLT    Doc 79    Filed 04/30/25    Entered 04/30/25 15:27:47    Desc
Page 5 of 5

| Creditor | Claim Info | Description |
|---|---|---|
| **RESURGENT CAPITAL SERVICES**<br>POB 10675<br><br>GREENVILLE, SC 29603-0675 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~ST PETERSBURG GNRL HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **GRB LAW**<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~ROBINSON TWP~TAX?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO DEALER SERVICES**<br>PO BOX 51963<br><br>LOS ANGELES, CA 90051 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3417 |
| **WEST AIRCOMM FCU**<br>485 BUFFALO ST<br><br>BEAVER, PA 15009 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 1,263.30<br>COMMENT: NT/SCH*REF 3589337309*NO PMT EVER*6/18 CHG OFF | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8610 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:5-2<br>CLAIM: 43,594.58<br>COMMENT: $0ARRS/PL*LMP PENDING@27*THRU 1/2021*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0099 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:05-2<br>CLAIM: 0.00<br>COMMENT: PMT/LMP OE-CONF*BGN 6/21*W7,26 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0099 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |