**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| LOUIS COMPORT | Case No.:21-20158 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/27/2021 and confirmed on 03/23/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,400.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,313.00 | |
|    Trustee Fee | 2,494.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,807.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 0099 | 0.00 | 552.33 | 0.00 | 552.33 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 0099 | 0.00 | 33,660.00 | 0.00 | 33,660.00 |
|   NEW REZ LLC D/B/A SHELLPOINT MORTG<br>    Acct: 0099 | 43,594.58 | 0.00 | 0.00 | 0.00 |
|   COUNTY OF ALLEGHENY (RE TAX)*<br>    Acct: G135 | 555.00 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 2391 | 9,685.80 | 9,685.80 | 1,017.60 | 10,703.40 |
| | | | | 44,915.73 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LOUIS COMPORT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL S GEISLER ESQ<br>    Acct: | 2,313.00 | 2,313.00 | 0.00 | 0.00 |

| 21-20158 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MONTOUR SD & ROBINSON TOWNSHIP (I<br>  Acct: 5378 | 3,185.00 | 1,003.67 | 0.00 | 1,003.67 |
| ALLEGHENY COUNTY DEPT OF COURT R<br>  Acct: 1448 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT R<br>  Acct: 6404 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT R<br>  Acct: 0291 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT R<br>  Acct: 2923 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>  Acct: 5378 | 2,137.56 | 673.60 | 0.00 | 673.60 |
| | | | | 1,677.27 |
| **Unsecured** | | | | |
| ATLANTIC CREDIT & FINANCE INC++<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>  Acct: 5812 | 280.57 | 0.00 | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>  Acct: 5378 | 152.71 | 0.00 | 0.00 | 0.00 |
| PHEAA(*)<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES<br>  Acct: 3417 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST AIRCOMM FCU<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>  Acct: 8610 | 1,263.30 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>  Acct: 2448 | 352.32 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>  Acct: 4138 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NEW PENN FINANCIAL LLC D/B/A SHELLP<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | 46,593.00 |

TOTAL CLAIMED
PRIORITY           5,322.56
SECURED           53,835.38
UNSECURED          2,048.90

Date: 08/04/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com